UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                          Case Number: 11-20165
v.                                        Honorable Thomas L. Ludington

GONZALO ALANIZ, JR.,

        Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION, ACCEPTING DEFENDANT'S PLEA OF GUILTY AS TO COUNT ONE OF THE INDICTMENT, AND TAKING THE RULE 11 PLEA AGREEMENT UNDER ADVISEMENT

A plea hearing was conducted on October 11, 2011, by United States Magistrate Judge Charles E. Binder pursuant to the defendant's consent. The magistrate judge issued his report the same day, recommending that this Court accept the defendant's plea of guilty as to count one of the indictment. As of today's date, no party has filed any objections to the magistrate judge's report and recommendation. The election to not file objections to the magistrate judge's report releases the Court from its duty to independently review the record. *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Accordingly, it is **ORDERED** that the magistrate judge's report and recommendation (ECF No. 28) is **ADOPTED**.

It is further **ORDERED** that the defendant's plea of guilty as to count one of the information is **ACCEPTED**, and the Rule 11 Plea Agreement (ECF No. 25) is taken **UNDER ADVISEMENT**.

                                            s/Thomas L. Ludington
                                            THOMAS L. LUDINGTON
                                            United States District Judge

Dated: November 3, 2011

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on November 3, 2011.

                s/Tracy A. Jacobs
                TRACY A. JACOBS